UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:25-cr-00232-SRC-RHH |
| JOHN L. HAMPTON, II, | ) ) ) |
| Defendant. | ) |

## Order

John L. Hampton, II, proceeding pro se, asks the Court to dismiss his criminal case. Doc. 24. The Court referred Hampton's motion to United States Magistrate Judge Rodney H. Holmes pursuant to 28 U.S.C. § 636(b). On July 17, 2025, Judge Holmes issued a Report and Recommendation, recommending that the Court deny Hampton's motion. Doc. 39. Judge Holmes advised Hampton that he had 14 days, or until July 31, 2025, to file objections to the Report and Recommendation, which he did not file.

The Court agrees with Judge Holmes's conclusion that Hampton's arguments are "without merit and patently frivolous." *Id.* at 1 (The Court cites to page numbers as assigned by CM/ECF.). Accordingly, the Court sustains, adopts, and incorporates Judge Holmes's [39] Report and Recommendation and denies Hampton's [24] Motion to Dismiss.

So ordered this 5th day of August 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE